IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PFS DISTRIBUTION COMPANY, and PILGRIM'S PRIDE CORPORATION, | ) ) ) | |
| Plaintiffs, | ) ) | 8:06CV35 |
| v. | ) ) | ORDER OF DISMISSAL |
| AFFILIATED FOODS MIDWEST, | ) ) | |
| Defendant. | ) ) | |

The matter before the court is the plaintiffs' unopposed motion to dismiss this case without prejudice, Filing No. 9. The court finds that this matter should be dismissed without prejudice.

IT IS THEREFORE ORDERED that, pursuant to Fed. R. Civ. P. 41(a)(1), the plaintiffs' cause of action against the defendant is hereby dismissed in its entirety, without prejudice, and with the parties to be responsible for their own costs and attorney fees.

DATED this 17th day of February, 2006.

BY THE COURT:


s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge